IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| O'HARE, *et al.*, | § § § § § | MISC ACTION NO. H-11-539 |

## ORDER

The motion to quash subpoenas (Docket Entry No. 1) is granted.

SIGNED on December 15, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge